**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 6:21-cv-1335-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| MOXA, INC., | |
| Defendant. | |

**NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINE**

Plaintiff American Patents LLC ("American") provides notice to the Court that the

parties have agreed to an extension for Defendant Moxa, Inc. to respond to the Complaint, until

Thursday, May 5, 2022.  Pursuant to the Court's Standing Order Regarding Joint Or Unopposed

Requests to Change Deadlines, counsel for the parties further certify that this extension does not

change the date for any hearing, any final submission to the Court related to a hearing, or the

trial.

Dated: April 13, 2022                    Respectfully submitted,

                                         /s/ *Zachariah S. Harrington*
                                         Matthew J. Antonelli
                                         Texas Bar No. 24068432
                                         matt@ahtlawfirm.com
                                         Zachariah S. Harrington
                                         Texas Bar No. 24057886
                                         zac@ahtlawfirm.com
                                         Larry D. Thompson, Jr.
                                         Texas Bar No. 24051428
                                         larry@ahtlawfirm.com
                                         Christopher Ryan Pinckney
                                         Texas Bar No. 24067819

ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*