# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MOXA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1335-ADA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Under FED. R. CIV. P. 41(a)(2) and (c), plaintiff American Patents LLC ("American") and defendant Moxa, Inc. ("Moxa") hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**LICENSE AGREEMENT**" and dated April 20, 2022 (the "Agreement"), with each party to bear its own costs, expenses and attorneys' fees for this action, subject to the terms of that agreement.  American and Moxa further request that the Court retain jurisdiction over this matter for the limited purpose of enforcing the Agreement.

Dated: May 2, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

        Texas Bar No. 24067819
        ryan@ahtlawfirm.com

        ANTONELLI, HARRINGTON
        & THOMPSON LLP
        4306 Yoakum Blvd., Ste. 450
        Houston, TX 77006
        (713) 581-3000

        Stafford Davis
        State Bar No. 24054605
        sdavis@stafforddavisfirm.com
        Catherine Bartles
        Texas Bar No. 24104849
        cbartles@stafforddavisfirm.com
        THE STAFFORD DAVIS FIRM, PC
        815 South Broadway Avenue
        Tyler, Texas 75701
        (903) 593-7000

        *Attorneys for American Patents LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for American Patents have conferred with counsel for Moxa, Inc., who confirms that this motion is stipulated and agreed.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronics service are being served with a copy of this document via the Court's CM/ECF system on May 2, 2022.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington