**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MOXA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1335-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff American Patents LLC and defendant Moxa, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff American Patents LLC and defendant Moxa Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**LICENSE AGREEMENT**" and dated April 20, 2022 (the "Agreement").

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them, subject to the terms of the Agreement.  The Court retains jurisdiction over this matter for the limited purpose of enforcing the Agreement.

**SO ORDERED**

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE